Ma~~ 30 2007~~ 1:23PM RUSSO 

A PROFESSIONAL CORPORATION
744 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 624-4499
ATTORNEYS FOR Plaintiff

| | |
|---|---|
| AIKISHA GRIFFITH<br><br>PLAINTIFF<br><br>NEWARK BETH ISRAEL MEDICAL CENTER, ITS AGENTS, SERVANTS AND/OR EMPLOYEES; THE AMERICAN NATIONAL RED CROSS, ABC CORPORATION 1-10; (FICTITIOUS NAMES FOR ENTITIES RESPONSIBLE FOR THE BOOD BANK/DEPARTMENT FOR COLLECTION OF THE BLOOD TRANSFUSED TO THE PLAINTIFF WHOSE INDENTIES ARE PRESNTLY UNKNOWN), AND JOHN DOE/JANE DOE 1-10 FICTIOUS NAMES FOR DOCTORS AND NURSES RESPONSIBLE FOR THE CARE AND TREATMENT OF AIKISHA GRIFFITH WHOSE IDENTITES ARE PRESENTLY UNKNOWN) EACH OF THEM JOINTLY, SEVERALLY OR IN THE ALTERNATIVE<br>DEFENDANT(S) | UNITED STATES DISTRICT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO:07-2209(DMC)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hon: Mark Falk, USMJ |

THIS MATTER having come before the Court for a scheduling conference pursuant to Rule 16 Federal Rules of Civil Procedure on May 30, 2007; Flynn & Russo, Esqs.( Vincent M. Russo, Esq.), appearing on behalf of Plaintiff, Pepper Hamilton, Esqs.( Melissa A. Chuderewicz, Esq.), appearing on behalf of Defendants, the American National Red cross, Garrubo & Capece, Esqs.( Laurie M. Esteves, Esq.) appearing on behalf of Defendant Newark Beth Israel Medical Center; and for good cause shown:

IT IS ON THIS **13** DAY OF **June**, 2007

ORDERED that plaintiff be and is hereby granted leave to file the Amended Complaint ~~substantially similar to the form~~ attached this order in accordance with the Rules of Civil Procedure; and it is further

ORDERED that the defendants, American Red Cross is granted **20** days to answer, move or otherwise reply to the Plaintiff's Amended Complaint; and it is further

ORDERED that a copy of this Order be served upon all counsel who appear in this matter within **3** days from the date and entry hereof; and it is further

_____, USMJ